# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE E. GOMES, | Case No. CV 18-2801 SVW (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NICHOLAS KOUMJIAN, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 13, 2018

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE